IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JELANI MCNEAL, | § | |
| Petitioner, | § § § | |
| v. | § | 2:19-CV-225-Z-BR |
| DIRECTOR,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DENY PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

On November 15, 2021, the undersigned United States Magistrate Judge entered findings, conclusions, and a recommendation to the United States District Judge, recommending Petitioner's petition for a writ of habeas corpus be denied. (ECF 22). On November 30, 2021, Respondent filed objections to the undersigned's findings, conclusions, and recommendation. (ECF 24). Based on Respondent's objections, the undersigned WITHDRAWS the Findings, Conclusions, and Recommendation (ECF 22). The undersigned will enter amended findings, conclusions, and recommendation.

IT IS SO ORDERED.

ENTERED December 3, 2021.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE